# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

SAMUEL GALBRAITH                                              CIVIL ACTION

VERSUS

                                                              17-486-SDD-EWD

LEBLANC, ET AL.

## RULING

The Court has carefully considered the *Motion*[1] filed by Plaintiff, the record, the law applicable to this action, and the *Ruling*[2] of United States Magistrate Judge Erin Wilder-Doomes dated March 25, 2020, to which an objection[3] was filed and also reviewed.

The Court hereby affirms the *Ruling* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the *Motion for Leave to File Second Amended Petition*[4] is hereby DENIED.

Signed in Baton Rouge, Louisiana on <u>April 14, 2020</u>.

*[signature]*

**CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 47.
[2] Rec. Doc. 56.
[3] Rec. Doc. 57.
[4] Rec. Doc. 47.